UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICKI L. LAIRD,

                    Plaintiff,                          NO.   C11-1647RSL

              vs.

MICHAEL J. ASTRUE,                                      ORDER OF REFERENCE
                                                        Non-Dispositive Motion
                    Defendant.                          Pending in Civil Case

        The Court hereby refers to United States Magistrate Judge James P. Donohue,

pursuant to 28 U.S.C. §636(b), Local Rule MJR 4, and Fed. R. Civ. P. 72(b), the following motion

pending before this Court:

        Plaintiff's Motion for Attorney Fees, Expenses, and Costs Under the Equal Access to
        Justice Act

        The Magistrate Judge shall hear and enter into the record a report and recommendation for

disposition of such motion.  Any objection to the recommended disposition of the matter shall be made

and heard in accordance with Fed. R. Civ. P. 72(b), 28 U.S.C. §636(b)(1) and Local Rule MJR 4.

        DATED this 27th day of November, 2012.


                                        _Mht S Lasnik_
                                        Robert S. Lasnik
                                        United States District Judge

ORDER OF REFERENCE-1