UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKI L. LAIRD,<br><br>                       Plaintiff,<br><br>            vs.<br><br>MICHAEL J. ASTRUE,<br><br>                       Defendant. | NO.  C11-1647RSL<br><br>ORDER OF REFERENCE<br>Non-Dispositive Motion<br>Pending in Civil Case |

The Court hereby refers to United States Magistrate Judge James P. Donohue, pursuant to 28 U.S.C. §636(b), Local Rule MJR 4, and Fed. R. Civ. P. 72(b), the following motion pending before this Court:

> Plaintiff's Motion for Attorney Fees, Expenses, and Costs Under the Equal Access to Justice Act

The Magistrate Judge shall hear and enter into the record a report and recommendation for disposition of such motion. Any objection to the recommended disposition of the matter shall be made and heard in accordance with Fed. R. Civ. P. 72(b), 28 U.S.C. §636(b)(1) and Local Rule MJR 4.

DATED this 27th day of November, 2012.

/s/ MWT S Lasnik
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE-1